UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KEITH M. BALLARD, | Civil No. 3:20-CV-06230-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will offer the claimant a new hearing with a different, constitutionally appointed ALJ.

DATED this 18th day of August, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1       ORDER - [3:20-CV-06230-MAT]

Presented by:

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3703
Fax:  (206) 615-2531
edmund.darcher@ssa.gov